DANIEL T. LEBEL (SBN 246169)
*danlebel@consumerlawpractice.com*
ZACHARY R. SCRIBNER (SBN 302711)
*zach@consumerlawpractice.com*
**CONSUMER LAW PRACTICE**
**OF DANIEL T. LEBEL**
3 Embarcadero Ctr., Suite 1650
San Francisco, CA 94111
T: (415) 513-1414
F: (877) 563-7848

*Attorneys for Plaintiff
and the proposed class*

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DMITRIY KHAZAK, on behalf of himself and those similarly situated, | Case No.: 15-cv-1665-RMW |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | |
| SUPERFISH, INC., LENOVO (UNITED STATES), INC., and LENOVO GROUP LIMITED, | |
| Defendants. | |

I am employed in the County of San Francisco, State of California, I am over the age of 18 years and not a party to the within action.

My business address is 3 Embarcadero Center, Suite 1650, San Francisco, CA 94111.

On April 22, 2015, I mailed the following document(s):

**PLAINTIFF'S CLASS ACTION COMPLAINT**

**WAIVER OF THE SERVICE OF SUMMONS**

to be delivered via the following methods to the individual(s) below:

**E-Mail:**

Vivian Kim
vkim@dykema.com
Daniel Stephenson
dstephenson@dykema.com
**Dykema Gosset**
333 South Grand Ave., Suite 2100
Los Angeles, CA 90071
Tel: (213) 457-1800
Fax: (213) 457-1850
**Attorneys for Defendant Lenovo (United States)**

Executed on May 1, 2015, at Los Angeles, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

/s/ Zachary R. Scribner
Zachary R. Scribner