UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re LENOVO ADWARE LITIGATION | Case No. 15-md-02624-RMW |
|---|---|
| This Document Relates to:<br>ALL ACTIONS | **ORDER FOLLOWING CASE MANAGEMENT CONFERENCE AND SETTING CASE SCHEDULE**<br><br>Re: Dkt. No. 61 |

A case management conference was held in this case on August 26, 2015. Pursuant to the parties' agreement, the court sets the following schedule in this case:

| Event | Date |
|---|---|
| Parties to exchange core discovery and Rule 26 Initial Disclosures by: | September 14, 2015 |
| Consolidated Amended Complaint to be filed by: | October 9, 2015 |
| ADR/Initial mediation to be completed by: | October 28, 2015 |
| Status Report on initial mediation, including, if needed, proposed date for Case Management Conference regarding initial mediation: | October 30, 2015 |
| Responses to Consolidated Amended Complaint to be filed by: | December 9, 2015 |
| Class Certification Motion to be filed by: | March 11, 2016 |
| Non-Expert Discovery Cutoff: | June 1, 2016 |
| Expert Reports to be served by: | July 1, 2016 |
| Opposition Expert Reports to be served by: | August 1, 2016 |
| Reply Expert Reports to be served by: | August 22, 2016 |
| Summary Judgment/Dispositive Motions to be filed by: | September 16, 2016 |

15-md-02624-RMW
ORDER SETTING CASE SCHEDULE

1

1    **IT IS SO ORDERED.**

2    Dated: Ugrygo dgt"3, 2015



Ronald M. Whyte
United States District Judge

28   15-md-02624-RMW
ORDER SETTING CASE SCHEDULE